NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000111**
**22-APR-2019**
**08:16 AM**

NO. CAAP-19-0000111


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


CLARA GAYLENE GORDON and ANGELITA GORDON,
Plaintiffs-Appellants, v. DESTINATION MAUI, INC.,
Defendant-Appellee


APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(DC-CIVIL NO. 17-1-0499)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal, filed April 11, 2019, by Plaintiffs-Appellants Clara Gaylene Gordon and Angelita Gordon, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and

(4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, April 22, 2019.

Presiding Judge

Associate Judge

Associate Judge

2